# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable JERRY H. RITTER

## CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-3321 MJ** | Date: | **8/26/25** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **REBECCA HELMICK** | | | Type of Hearing: | **IDENTITY/DETENTION** |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **DESTINY BURNETTE** | **BARBARA MANDEL** | ☒ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ALAN AGUIRRE-RIVERA** | Interpreter: | **N/A** |
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **11:36-12:09 A.M.   33 MIN** |

- ☐ Agent sworn
- ☐ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☒ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☒ Waiver of Identity Hearing
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing

- ☒ Defendant detained as a flight risk and danger to the community
- ☐ Conditions of Release continued on Page 2

- ☒ Other: DETENTION – GOVERNMENT STATES THAT THIS IS PRESUMPTION CASE, REQUESTING DETENTION PENDING TRIAL IN DISTRICT OF UTAH; DEFENSE COUNSEL ASKS FOR RELEASE; SECURED BOND IS POSSIBLE; COURT STATES THAT PRESUMPTION HAS NOT BEEN REBUTTED, DEFENDANT SHALL REMAIN IN CUSTODY PENDING TRIAL; DEFENDANT TO BE TRANSPORTED TO DISTRICT OF UTAH